

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-18-00188-CR

| | | |
|---|---|---|
| Quincy Demond Blakely | § | From County Criminal Court No. 1 |
| | § | of Denton County (CR-2015-06355-E) |
| v. | § | June 28, 2018 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
    Justice Lee Gabriel